**U.S. BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**Case Number:  08-06955-DRD**

**ORDER AUTHORIZING TRUSTEE**
**TO CONDUCT RULE 2004 EXAMINATION**

The relief set forth on the following pages, for a total of two (2) pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**MARTIN, WILLIAM RICHARD, JR**<br><br>Debtor. | Case No. 08-06955-DRD<br><br>**ORDER AUTHORIZING TRUSTEE TO CONDUCT A RULE 2004 EXAMINATION**<br><br>**Chapter 7** |

      Upon the annexed application of MICHELLE L. VIEIRA, trustee herein, for the authority to conduct a Rule 2004 Examination, it is hereby:

      ORDERED, ADJUDGED AND DECREED that the trustee be, and hereby is, authorized to conduct a Rule 2004 Examination of William Martin, Debtor, in relation to the transfers into his IRA and to obtain information related to his Life Insurance Policy.

      It is FURTHER ORDERED that William Martin shall appear in person in this jurisdiction for his 2004 with the documents requested by his Trustee.

Applicant:

  /s/  MICHELLE L. VIEIRA
MICHELLE L. VIEIRA, Trustee
District Court ID #9876
PO Box 70309
MYRTLE BEACH SC 29572
Phone  (843) 497-9800
Fax    (803)753-0181
email:  MICHELLELVIEIRA@MSN.COM