**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Anthony J. Cilwa, | ) | Case No. 15-00263-hb |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |

**ORDER AUTHORIZING EXAMINATION OF DEBTOR
PURSUANT TO BANKRUPTCY RULE 2004**

     The relief set forth on the following page(s), for a total of two (2) pages including this page, is hereby ORDERED.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Anthony J. Cilwa, | ) | Case No. 15-00263-hb |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |

**ORDER AUTHORIZING EXAMINATION OF DEBTOR
PURSUANT TO BANKRUPTCY RULE 2004**

THIS MATTER came before the Court on motion of John K. Fort, Trustee, by and through counsel, pursuant to Bankruptcy Rule 2004, for an Order allowing the examination of the Debtor, Anthony J. Cilwa, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Motion"). The Court, having considered the Motion, is of the opinion that the relief requested should be granted. Therefore, it is hereby,

ORDERED that the Motion is granted and Debtor, Anthony J. Cilwa, is required to submit to an examination pursuant to Bankruptcy Rule 2004 as described in the Motion, to be held on the 16th day of June, 2015, beginning at 10:00 a.m., at the offices of Roe Cassidy Coates & Price, PA, 1052 North Church Street, Greenville, South Carolina, 29601 and the examination shall continue until such time as it is complete.

IT IS SO ORDERED.