**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Anthony J. Cilwa, | ) | Case No. 15-00263-hb |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that copies of John K. Fort, Trustee's Motion For Examination of Debtor Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and this Certificate of Service were served upon the within parties by depositing copies of the same in the United States Mail, with sufficient postage annexed thereto, addressed to the following recipients:

Anthony J. Cilwa                                    Adrianne L. Turner
1229 Sunset Lane                                  Turner Law, LLC
Anderson, SC 29626                              P.O. Box 210638
                                                            Columbia, SC 29210

U.S. Trustee served
VIA CM-ECF


on May 21, 2015               By:     /s/ Lauren T. Alewine_____
                                               Lauren T. Alewine, Paralegal to:
                                               James H. Cassidy (Fed. Bar No. 73)
                                               jcassidy@roecassidy.com
                                               Joshua J. Hudson (Fed. Bar No. 11620)
                                               jhudson@roecassidy.com
                                               ROE CASSIDY COATES & PRICE, P.A.
                                               1052 North Church Street
                                               Greenville, SC 29601
                                               Phone – (864) 349-2600
                                               Fax – (864) 349-0303
                                               *Attorneys for Trustee*